IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MOLLY C.,

Plaintiff,

Case No. 3:25-cv-439

vs.

COMMISSIONER OF SOCIAL SECURITY,

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT, UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 13); (2) AWARDING EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,255.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,255.00. Doc. No. 13. The parties both agree that an award of $3,850.00 in attorney's fees and $405.00 in costs (*i.e.*, a total of $4,255.00) satisfies all of Plaintiff's claims for fees, costs, and expenses in the instant case. *Id.*

For good cause shown, the Court: (1) **GRANTS** the parties' joint, unopposed motion; and (2) **AWARDS** EAJA fees in the total amount of $4,255.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

**IT IS SO ORDERED.**

November 12, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge